UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANESSA JORDAN,

                Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,

                Defendant.

21-CV-9595 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated January 25, 2022, the Court directed Plaintiff, within thirty days, to submit a request to proceed *in forma pauperis* (IFP) or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    Plaintiff has consented to electronic service. (ECF 2.)

SO ORDERED.

Dated:  March 9, 2022
           New York, New York

                      /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                      Chief United States District Judge