UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANESSA JORDAN,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE,<br><br>　　　　　　　　　Defendant. | 21-CV-9595 (LTS)<br><br>CIVIL JUDGMENT |

　　Pursuant to the order issued March 9, 2022, dismissing the complaint,

　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　Plaintiff has consented to electronic service. (ECF 2.)

SO ORDERED.

Dated:　March 9, 2022
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge